DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LESTER SWARTZ**,
Appellant,

v.

**PNC BANK, NATIONAL ASSOCIATION**, **POINCIANA PLACE
CONDOMINIUM ASSOCIATION, INC.**, **LAWRENCE ROTHSCHILD**,
**DOC HART**, **DIANE JACOBS**, **SHEILA GOLDMAN**, **JEAN LADER**,
**RICHARD FISHER**, **MARVIN ROSENBERG**, **BERNIE BLUESTEIN**,
**HAROLD SCHERF**, **JOE DICKENS**, **ARTHUR GORDON** and
**WILLIAM BYRNE**,
Appellees.

No. 4D17-1797

[April 19, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 502015CA008872XXXXMB.

Lester Swartz, Port Saint Lucie, pro se.

Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, Tampa, and Gary I. Masel of Quintairos, Prieto, Wood & Boyer, Fort Lauderdale, for appellee, PNC Bank, National Association.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***